

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELIZABETH KOVACH and JASON
W. SHERIDAN,

        Plaintiffs,

v.                                        CIVIL NO. 3:11-cv-00645-DJN

BANK OF AMERICAN, N.A.,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
And TRANS UNION, LLC.,

        Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **ELIZABETH KOVACH and JASON W. SHERIDAN**, and the Defendant **BANK OF AMERICA, N.A.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *BANK OF AMERICA, N.A.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against *Bank of America, N.A.*, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 2nd day of April, 2012.

                                  /s/
                    United States Magistrate Judge
                    David J. Novak



WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*

_____
Jacob Scott Woody
McGuire Woods LLP
310 4th St NE Suite 300
PO Box 1288
Charlottesville, VA 22902
Email: jwoody@mcguirewoods.com

*Counsel for Bank of America, N.A.*